CLOSED,SEALED

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:24-mj-02345-JG-1 *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 02/23/2024 |
| | Date Terminated: 03/04/2024 |

Assigned to: Magistrate Judge Jonathan Goodman

## Defendant (1)

**Maximilien De Hoop Cartier**
12399-506
*YOB: 1967; English*
*TERMINATED: 03/04/2024*
also known as
Maximilano de Hoop Cartier
*TERMINATED: 03/04/2024*
also known as
Max Cartier
*TERMINATED: 03/04/2024*

represented by **Noticing FPD-MIA**
305-530-7000
Email: MIA_ECF@FD.org
*TERMINATED: 02/28/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender Appointment

**Walter A. Reynoso**
Walter A. Reynoso, P.A.
2030 Douglas Road
Suite 214
Coral Gables, FL 33134
305-441-8881
Fax: 441-8745
Email: walter@lawreynoso.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

WARRANT¥SOUTHERN DISTRICT OF NEW YORK¥COMPLAINT¥18 U.S.C. §§ 1344 BANK FRAUD, 1956 LAUNDERING OF MONETARY INSTRUMENTS, 1957 ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY, 1960 PROHIBITION OF UNLICENSED MONEY TRANSMITTING BUSINESSES, AND 2 (AIDING AND ABETTING OFFENSES)

## Disposition

## Plaintiff

USA      represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2024 | 1 | Magistrate Judge Removal of Complaint from Southern District of New York Case number in the other District 24-MAG-734 as to Maximilien De Hoop Cartier (1). (kan) (Entered: 02/23/2024) |
| 02/23/2024 | 2 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Maximilien De Hoop Cartier held on 2/23/2024. Bond recommendation: Maximilien De Hoop Cartier (1) TEMP PTD. Date of Arrest or Surrender: 2/23/2024. (Detention Hearing set for 2/28/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge., Removal Hearing set for 2/28/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge.). Attorney added: Noticing FPD-MIA for Maximilien De Hoop Cartier (Digital JG-13:29:47; 13:44:08)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jonathan Goodman on 2/23/2024. (aw) (Entered: 02/23/2024) |
| 02/28/2024 | 3 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Status Conference Re: Pretrial Detention and Removal Hearings as to Maximilien De Hoop Cartier |

| | | |
|---|---|---|
| | | held on 2/28/2024. Attorney added: Walter A. Reynoso for Maximilien De Hoop Cartier. Attorney Noticing FPD-MIA **terminated** in case. (Removal Hearing and Detention Hearing RESET for 3/4/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge). (Digital 10:09:09) Signed by Magistrate Judge Jonathan Goodman on 2/28/2024. (mdc) (Entered: 02/28/2024) |
| 02/28/2024 | 4 | NOTICE OF ATTORNEY - PERMANENT APPEARANCE: Walter A. Reynoso appearing for Maximilien De Hoop Cartier (mdc) (Entered: 02/28/2024) |
| 03/04/2024 | 5 | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Status Conference RE: Pretrial Detention Hearing as to Maximilien De Hoop Cartier held on 3/4/2024. Defendant stipulated to PTD with the rights to revisit in the Southern District of New York. Removal Hearing as to Maximilien De Hoop Cartier held on 3/4/2024. Defendant waived removal hearing. Case to remain SEALED. (Digital 10:11:24) Signed by Magistrate Judge Lisette M. Reid on 3/4/2024. (kan) (Entered: 03/05/2024) |
| 03/04/2024 | 6 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Maximilien De Hoop Cartier. (kan) (Entered: 03/05/2024) |
| 03/04/2024 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Maximilien De Hoop Cartier. Defendant committed to District of USDC for the Southern District of New York. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 3/4/2024. *See attached document for full details.* (kan) (Entered: 03/05/2024) |

# MINUTE ORDER

Page 2

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 2/23/2024    Time: 1:30 p.m.

Defendant: **Maximilien De Hoop Cartier**    J#: 12399-506    Case #: **24-2345-MJ-GOODMAN (Sealed)**

AUSA: **Michael Berger & Jennifer N. Ong from SD/NY**    Attorney: **AFPD, Sogol Ghomeshi**

Violation: SD/NY/WARR/COMP/CONSPIRACY TO COMMIT MONEY LAUNDERING    Surr/Arrest Date: 2/23/24    YOB: 1967

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: **Pretrial Detention**

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Brady Order given. Case will remain **SEALED** per Government request.
Defendant sworn and AFPD appointed.
Government request Pretrial Detention based on risk of flight.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD Hearing: **2/28/2024 at 10am (Miami Duty Court)**
Removal: **2/28/2024 at 10am (Miami Duty Court)**
Status Conference RE:
D.A.R. **JG-13:29:47; 13:44:08**    Time in Court: **17 mins.**

s/Jonathan Goodman    Magistrate Judge

# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3                     Date: 2/28/24      Time: 10:00 a.m.

**Defendant:** Maximilien De Hoop Cartier     **J#:** 12399-506     **Case #:** 24-2345-MJ-GOODMAN (SEALED)

**AUSA:** Timothy Abraham                     **Attorney:** Walter Reynoso & Kristin Reynoso-Jackwin (PERM)

**Violation:** WARR/CMPT/S/D/NY - MONEY LAUNDERING

**Proceeding:** REMOVAL/ PRETRIAL DETENTION       **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No    **Recommended Bond:** Pretrial Detention

**Bond Set at:**                                   **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Language:** English

**Disposition:** Brady Order previously given on 2/23/2024. The Government request that the complaint remain Sealed. Defense Counsel filed a Permanent appearance in open court. The Court GRANTS the AFPD request to be discharged from the case.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:       Time:       Judge:       Place:

**Report RE Counsel:**
**PTD Hearing:** 3/4/2024 at 10am (Miami Duty Court)
**Removal:** 3/4/2024 at 10am (Miami Duty Court)
**Status Conference RE:**
**D.A.R.** JG-10:09:09                                    **Time in Court:** 6 mins.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-2345-MJ-Goodman

UNITED STATES OF AMERICA,
         Plaintiff,

v.

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

Maximillen De Hoop Cartier
                 Defendant.
_____/

COMES NOW WALTER REYNOSO _____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 2/28/24

Attorney: Walter Reynoso, Esq / Kristen Reynoso Jedwin
Address: Minorca Building, 2030 S. Douglas Road, #214
City: Coral Gables    State: FL    Zip Code: 33134
Telephone (305) 441-8881
Florida Bar Number: 525693 / 116916

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____

# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor      Date: 3/4/24     Time: 10:00 a.m.

Defendant: Maximilien De Hoop Cartier   J#: 12399-506   Case #: 24-2345-MJ-GOODMAN (SEALED)

AUSA: Sterling Paulson    Attorney: WALTER REYNOSO

Violation: WARR/CMPT/S/D/NY - MONEY LAUNDERING

Proceeding: REMOVAL/PTD    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No   Recommended Bond: PTD

Bond Set at: _____    Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: English

Disposition:
Brady already given

- Deft waived Removal Hrg.

- Stip PTD w/right to revisit in the SD of N.Y

- Warrant of removal issued

- Case to remain sealed

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. 10:11:24        Time in Court: 5 minutes

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 24-2345-MJ-GOODMAN

United States of America
    Plaintiff,

v.

Charging District's Case No. 24 MAG 734

Maximilien De Hoop Cartier,
    Defendant.

_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.** I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[✓] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/4/24

Defendant's Signature

Lisette Marie Reid
United States Magistrate Judge

**United States District Court**
**Southern District of Florida**
Case No. 24-2345-MJ-GOODMAN

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 24 MAG 734

Maximilien De Hoop Cartier,
(USM# 12399-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Souther District of New York.

**WALTER REYNOSO was retained to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 3/4/24.

_____
Lisette Marie Reid
United States Magistrate Judge